1  GAUNTLETT & ASSOCIATES
   David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 214383)
   Christopher G. Lai (SBN 249425)
3  18400 Von Karman, Suite 300
   Irvine, California 92612
4  Telephone:   (949) 553-1010
   Facsimile:   (949) 553-2050
5  jal@gauntlettlaw.com
   cl@gauntlettlaw.com
6
   Attorneys for Plaintiffs
7  MANAGED SOLUTIONS GROUP, INC.
   and STEVE CHEN

FILED

2008 JUL -7  A 11: 51

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANAGED SOLUTIONS GROUP, INC., a Delaware corporation, and STEVE CHEN, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a New York corporation,<br><br>Defendant. | Case No. C08 03255<br><br>Hon.<br><br>**MANAGED SOLUTIONS GROUP, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

HRL

10562-001-7/3/2008-161999.1

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial interest in the subject matter in controversy or in a party to the proceeding:

1. MANAGED SOLUTIONS GROUP, INC., a Delaware corporation, is a Plaintiff in this action and has a direct pecuniary interest in the outcome of this action; and

2. GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a New York corporation, is the Defendant in this action and has a direct pecuniary interest in the outcome of this action.

Dated: July 3, 2008

**GAUNTLETT & ASSOCIATES**

By: /s/
David A. Gauntlett
James A. Lowe
Christopher G. Lai

Attorneys for Plaintiffs
Managed Solutions Group, Inc.
and Steve Chen

10562-001-7/3/2008-161999.1

1