1  **GAUNTLETT & ASSOCIATES**
   David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 214383)
   Christopher G. Lai (SBN 249425)
3  18400 Von Karman, Suite 300
   Irvine, California 92612
4  Telephone:    (949) 553-1010
   Facsimile:    (949) 553-2050
5  jal@gauntlettlaw.com
   cl@gauntlettlaw.com
6
   Attorneys for Plaintiffs
7  MANAGED SOLUTIONS GROUP, INC.
   and STEVE CHEN
8

FILED
2008 JUL -7 A 11:51
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING
ADR

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANAGED SOLUTIONS GROUP, INC., a Delaware corporation, and STEVE CHEN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a New York corporation,<br><br>Defendant. | Case No.: C08 03255 HRL<br><br>**MANAGED SOLUTIONS GROUPS, INC.'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

10562-00-7/3/2008-162001.1

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs Managed Solutions Group, Inc. and Steve Chen (collectively "Managed Solutions") submit this notice of pendency of other actions or proceedings pursuant to Local Civil Rule 3-13, United States District Court, Northern District of California, with respect to an action pending in the United States District Court for the Northern District of California which relates to the subject matter of this action.

### The *Vuitton* Action

On August 30, 2007 Louis Vuitton Malletier, S.A. ("Vuitton") filed a complaint captioned *Louis Vuitton Malletier, S.A. v. Managed Solutions Group, Inc., et al.*, U.S.D.C., Case No. C07 3952-JW, Northern District of California, San Jose Division (the "*Vuitton* Action").

### The Parties to the *Vuitton* Action

The parties to the *Vuitton* action include those which are the parties to this action:

| | |
|---|---|
| Managed Solutions Group, Inc., a Delaware corporation | Defendant |
| Steven Chen | Defendant |

The parties to the Vuitton action also include those which are not parties to this action:

| | |
|---|---|
| Louis Vuitton Malletier, S.A., a company organized and existing under the laws of the Republic of France ("Vuitton") | Plaintiff |
| Akanoc Solutions, Inc., a California corporation ("Akanoc") | Defendant |

### Nature of the *Vuitton* Action

Vuitton seeks damages resulting from Defendants Managed Solutions and Akanoc's alleged trademark infringement, trademark counterfeiting and copyright infringement in relation to websites allegedly hosted by Defendants. In addition, Vuitton seeks an injunction barring Defendants from infringing Vuitton's trademarks or copyrights.

///

///

1  Great American Insurance Company's failure to completely defend Managed Solutions in the
2  Vuitton action is the basis of the current action.

Dated: July 3, 2008

**GAUNTLETT & ASSOCIATES**

By: _____
David A. Gauntlett
James A. Lowe
Christopher G. Lai

Attorneys for Plaintiffs
Managed Solutions Group, Inc.
and Steve Chen

10562-00-7/3/2008-162001.1

2