IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Louis Vuitton Malletier, S.A., | NO. C 07-03952 JW |
| Plaintiff, | NO. C 08-03255 HRL |
| v. | **ORDER RE: RELATED CASES** |
| Akanoc Solutions, Inc., et al., | |
| Defendants. | |

Luis Vuitton Malletier, S.A. ("Plaintiff") brings this action against Akonoc Solutions, Managed Solutions Group, and Steven Chen (collectively, "Defendants") for alleged trademark infringement. Before the Court is a *Sua Sponte* Judicial Referral for the Purpose of Determining whether this case is related to <u>Managed Solutions Group, Inc., et al., v. Great American Insurance Company of New York</u>, C 08-03255 HRL. <u>See</u> Civ. L.R. 3-12.

Under Civ. L.R. 3-12(a), cases are related if: 1) they "concern substantially the same parties, property, transaction, or events" and 2) it "appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

In <u>Managed Solutions</u>, Managed Solutions claims that Great American Insurance has failed to defend it in this action. Since this action involves trademark infringement and <u>Managed Solutions</u> involves an insurance coverage dispute, the Court finds that the cases do not concern the same issues, events, or legal claims. Further, since only Managed Solutions is a common party to each

1  suit, the Court finds that the cases do not involve substantially the same parties.  Accordingly, the
2  Court does not find that the cases are related within the meaning of Civ. L.R. 3-12.

4  Dated:  July 25, 2008

   JAMES WARE
   United States District Judge

2

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Annie S Wang annie@coombspc.com
Brian S. Edwards bse@gauntlettlaw.com
3 David A. Gauntlett info@gauntlettlaw.com
J. Andrew Coombs andy@coombspc.com
4 James A. Lowe info@gauntlettlaw.com

5

6 **Dated: July 25, 2008**                                    **Richard W. Wieking, Clerk**

7
                                                            **By:  /s/ JW Chambers**
8                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**