*e-filed 10/15/08*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MANAGED SOLUTIONS GROUP, INC., a Delaware corporation, and STEVE CHEN, an individual,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a New York corporation,<br><br>　　　　　　Defendant. | Case No. C08-03255-HRL<br><br>Hon. Howard R. Lloyd<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO RESCHEDULE COURT DATES |

　　　　Having considered the administrative motion for rescheduling court dates filed by Plaintiffs Managed Solutions Group, Inc. and Steve Chen, IT IS ORDERED:

　　　　1.　　　The following dates in this case are rescheduled as follows:

| Date | Event |
|---|---|
| 1/5/2009 | Last day to:<br><br>▪ Meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan<br><br>▪ File ADR Certification signed by Parties and Counsel<br><br>▪ File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 1/19/2009 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re |

10562-001-10/6/2008-162960.1　　　　　　　　　　　　　　　　　　　　　　　　　　　　[PROPOSED] ORDER

| | |
|---|---|
| | Contents of Joint Case Management Statement |
| **1/27/2009** | Initial Case Management Conference (CMC) in Courtroom 2, 5th Floor SJ at 1:30 p.m. |

Dated: 10/14/08

_____
UNITED STATES MAGISTRATE JUDGE